CHRISTOPHER MADISON,
INDIVIDUALLY AND ON
BEHALF OF HIS MINOR
CHILDREN, LAURYN MADISON
AND AUTUMN HAYWARD

VERSUS

IRIS ANN BARRON, PROGRESSIVE
SECURITY INSURANCE COMPANY,
PEYTON DAVISON, AND STATE OF
LOUISIANA, DEPARTMENT OF
TRANSPORTATION AND DEVELOPMENT

CONSOLIDATED WITH

PRISCILLA PETE, INDIVIDUALLY AND
ON BEHALF OF HER MINOR CHILD,
CHRISTIAN PETE

VERSUS

IRIS ANN BARRON, PROGRESSIVE
SECURITY INSURANCE COMPANY,
PEYTON DAVISON, AND STATE OF
LOUISIANA, DEPARTMENT OF
TRANSPORTATION AND DEVELOPMENT

CONSOLIDATED WITH

IRIS ANN BARRON

VERSUS

PEYTON DAVISON, AND STATE OF
LOUISIANA, DEPARTMENT OF
TRANSPORTATION AND DEVELOPMENT

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NUMBERS 267,165, 267, 151, AND 267,441
HONORABLE MONIQUE F. RAULS, DISTRICT JUDGE

**********

SHARON DARVILLE WILSON
JUDGE

**********

Court composed of Shannon J. Gremillion, D. Kent Savoie, and Sharon Darville Wilson, Judges.

**AFFIRMED.**

**SAVOIE, J., dissents and assigns reasons.**

**Wm. David Coffey**
**Assistant Attorney General**
**Louisiana Department of Justice**
**Litigation Division**
**1450 Poydras Street, Suite 900**
**New Orleans, LA  70112**
**(504) 599-1200**
**Counsel for Defendants/Appellants:**
    **State of Louisiana, through the Department of Transportation and**
    **Development**
    **Peyton Davison**

**Stephen J. Hecker**
**Hecker Law Firm**
**631 St. Charles Avenue, Suite 2F**
**New Orleans, LA  70130**
**(504) 491-8599**
**Counsel for Plaintiff/Appellee:**
    **Iris Ann Barron**

**Sebastian Hoffpauir**
**Assistant Attorney General**
**Louisiana Department of Justice**
**Litigation Division**
**900 Murray Street, Suite B-100B**
**Alexandria, LA  71301**
**(318) 487-5944**
**Counsel for Defendants/Appellants:**
>     **State of Louisiana, through the Department of Transportation and**
>     **Development**
>     **Peyton Davison**

**Donna M. Johnson**
**Casler, Bordelon & Gelder**
**4000 S. Sherwood Forest Boulevard, Suite 303**
**Baton Rouge, LA  70816**
**(318) 451-0998**
**Counsel for Defendants/Appellees:**
>     **Iris Ann Barron**
>     **Progressive Security Insurance Company**

**Jeannie C. Prudhomme**
**Assistant Attorney General**
**Louisiana Department of Justice**
**Litigation Division**
**556 Jefferson Street, 4th Floor**
**Lafayette, LA  70501**
**(337) 262-1700**
**Counsel for Defendants/Appellants:**
>     **State of Louisiana, through the Department of Transportation and**
>     **Development**
>     **Peyton Davison**

**Thomas B. Wahlder**
**Attorney at Law**
**1740 Jackson Street**
**Alexandria, LA  71306**
**(318) 442-9417**
**Counsel for Plaintiffs/Appellees:**
>     **Priscilla Pete, o/b/o Christian Pete**
>     **Christopher Madison, Individually and o/b/o Lauryn Madison and**
>     **Autumn Hayward**

**WILSON, Judge.**

For the reasons expressed in *Pete v. Barron*, 22-143 (La.App. 3 Cir. ___/___/___), ___ So.3d ___, we find that a reasonable factfinder could not reach any other conclusion than that Iris Barron (Barron) was free from fault in causing this accident. Barron and Progressive Security Insurance Company (Progressive) met their burden of proving that no genuine issues of material fact exist regarding her lack of fault, and Peyton Davison (Davison) and the State of Louisiana, through the Department of Transportation and Development (DOTD) failed to produce any evidence to controvert this showing. The trial court's grant of the motion for summary judgment in favor of Barron and Progressive is hereby affirmed. All costs of this appeal, which total $4,908.51, are assessed to Davison and DOTD.

**AFFIRMED.**

CHRISTOPHER MADISON,
INDIVIDUALLY AND ON
BEHALF OF HIS MINOR
CHILDREN, LAURYN MADISON
AND AUTUMN HAYWARD

VERSUS

IRIS ANN BARRON, PROGRESSIVE
SECURITY INSURANCE COMPANY,
PEYTON DAVISON, AND STATE OF
LOUISIANA, DEPARTMENT OF
TRANSPORTATION AND DEVELOPMENT

CONSOLIDATED WITH

PRISCILLA PETE, INDIVIDUALLY AND
ON BEHALF OF HER MINOR CHILD,
CHRISTIAN PETE

VERSUS

IRIS ANN BARRON, PROGRESSIVE
SECURITY INSURANCE COMPANY,
PEYTON DAVISON, AND STATE OF
LOUISIANA, DEPARTMENT OF
TRANSPORTATION AND DEVELOPMENT

CONSOLIDATED WITH

IRIS ANN BARRON

VERSUS

PEYTON DAVISON, AND STATE OF
LOUISIANA, DEPARTMENT OF
TRANSPORTATION AND DEVELOPMENT

**********

**SAVOIE, J. dissents and assigns written reasons.**

I would reverse the trial court's summary judgment rendered in favor of Ms.

Barron and Progressive for the same reasons expressed in my dissent in *Pete v.*

*Barron*, 22-143 (La.App. 3 Cir. ___/___/___), ___ So.3d ___.